

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-14-00752-CV

**HUMANA INSURANCE COMPANY**,
Appellant

v.

Dolores **MUELLER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 376765
Honorable Tina Torres, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.

It is so ORDERED on this 26th day of February, 2015

**PER CURIAM**

ATTESTED TO:_____
    Keith E. Hottle
    Clerk of Court